# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE KARYOPHARM THERAPEUTICS INC., SECURITIES LITIGATION | Case No.: 1:19-cv-11972-NMG (Leave to file excess pages granted on 10/22/2020)<br><br>**DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**<br><br><u>ORAL ARGUMENT REQUESTED</u> |

## DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT AND REQUEST FOR ORAL ARGUMENT

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendants Karyopharm Therapeutics, Inc. ("Karyopharm" or "the Company") and Michael G Kauffman, Sharon Shacham, Justin A. Renz, Michael F. Falvey, Garen G. Bohlin, Mikael Dolsten, Scott Garland, Barry E. Greene, Mansoor Raza Mirza, Deepa R. Pakianathan, and Kenneth E. Weg (the "Individual Defendants," and collectively with the Company, "Defendants") will move, and hereby do move, for dismissal of this action pursuant to Federal Rules of Civil Procedure 8(a), 9(b) and 12(b)(6), the Securities Act of 1933, the Securities Exchange Act of 1934, and the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4 & 5.  This Motion is based on the accompanying Memorandum of Law, the evidence and records on file in this action, and any other written or oral evidence or argument that may be presented at or before the time this Motion is heard by the Court.

WHEREFORE, for these reasons and the reasons set forth in the accompanying Memorandum of Law and Declaration in support thereof, Defendants respectfully request that the Court dismiss all claims in the Second Amended Complaint ("SAC") with prejudice and without leave to amend.

## REQUEST FOR ORAL ARGUMENT

Defendants respectfully request an oral argument pursuant to Local Rule 7.1(d). Defendants make this request because they believe that oral argument may assist the Court's consideration of this Motion and they would appreciate the opportunity for counsel to address any issues raised by, or questions posed by, the Court.

## RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), counsel certifies that the parties have conferred with regard to this Motion and were unable to resolve the matter.

Dated: November 2, 2020

        Respectfully submitted,

        FOR DEFENDANTS KARYOPHARM THERAPEUTICS INC., MICHAEL G. KAUFFMAN, SHARON SHACHAM, JUSTIN A. RENZ, MICHAEL F. FALVEY, GAREN G. BOHLIN, MIKAEL DOLSTEN, SCOTT GARLAND, BARRY E. GREENE, MANSOOR RAZA MIRZA, DEEPA R. PAKIANATHAN, KENNETH E. WEG,

        By their counsel,

        */s/ Michael G. Bongiorno*
        Michael G. Bongiorno
        Peter A. Spaeth
        Allyson Slater
        Jocelyn Keider
        WILMER CUTLER PICKERING HALE AND DORR LLP
        60 State Street
        Boston, MA 02109
        Telephone: +1 617 526 6000
        Facsimile: +1 617 526 5000