**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**Heather Mehdi, et al**

        Plaintiff

                            CIVIL ACTION

    V.

                            NO.   19-11972-NMG

**Karyopharm Therapeutics Inc., et al**

        Defendant

## ORDER OF DISMISSAL

Gorton, D. J.

    In accordance with the Court's Memorandum and Order dated July 21, 2021 it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

                            By the Court,

7/21/2021                      /s/ Douglas Warnock
    Date                       Deputy Clerk