# United States Court of Appeals
## For the First Circuit

No. 21-1657

MYO THANT, Individually and on Behalf of All Others Similarly Situated,

Plaintiff, Appellant,

HEATHER MEHDI,

Plaintiff,

v.

KARYOPHARM THERAPEUTICS INC.; MICHAEL G. KAUFFMAN; SHARON SHACHAM; JUSTIN A. RENZ; MICHAEL F. FALVEY; GAREN G. BOHLIN, MIKAEL DOLSTEN; SCOTT GARLAND; BARRY E. GREENE; MANSOOR RAZA MIRZA; DEEPA R. PAKIANATHAN; KENNETH E. WEG,

Defendants, Appellees.

**JUDGMENT**

Entered: August 5, 2022

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's dismissal of Myo Thant's second amended complaint for failure to state a claim is affirmed.

By the Court:

Maria R. Hamilton, Clerk

cc: Glen DeValerio, Shannon Lee Hopkins, Daryl DeValerio Andrews, Adam M. Apton, Peter A. Spaeth, Michael G. Bongiorno, Allyson T. Slater, Jocelyn M. Keid